187 So.2d 740

HALLIBURTON COMPANY and The Bovaird Supply Company

v.

Homer W. SNOWDEN et al.

No. 48287.

June 30, 1966.

In re: Caddo Trust & Savings Bank applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 186 So.2d 881.

Writ refused. There is no error of law under the facts found by the Court of Appeal.

FOURNET, C. J., and McCALEB, J., are of the opinion that a writ should be granted.